Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NHAN VIEN MAI,<br><br>    Petitioner,<br><br>    vs.<br><br>PAMELA BONDI, Attorney General of the United States; KRISTI NOEM, Secretary, United States Department of Homeland Security; CAMMILLA WAMSLEY, Seattle Field Office Director, United States Citizenship and Immigration Services; BRUCE SCOTT, Warden of Immigration Detention Facility; and the United States Immigration and Customs Enforcement,<br><br>    Respondents. | No. 2:25-cv-01806-RAJ-SKV<br><br>**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS UNDER FED. R. CIV. P. 41(a)(1)(A)(ii)** |

THE COURT, having considered the motion to dismiss Nhan Vien Mai's petition for writ of habeas corpus under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED that this case is dismissed with prejudice.

DATED this 22nd day of October, 2025.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER DISMISSING PETITION
FOR WRIT OF HABEAS CORPUS
(*Nhan Vien Mai v. Bondi, et al.*, CV25-1806-RAJ-SKV) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100